IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DARLENE ALEXANDER, | § | |
| Plaintiff, | § § § | |
| vs | § § | Civil Action No. 4:12-CV-817 |
| SERVISAIR, LLC | § § § | |
| Defendant. | § § | |

JURY NOTE NO. __1__

~~When once Darlene contacted the Reid group, was the Reid group acting as Servicair representative as per contract between Reid and Servicair? i.e. at the time she filed FMLA request, was she essentially notifying Servicair that she had requested FMLA~~ IGNORE

Can an individual be fired if they have requested FMLA, but it has not yet been approved?

Date: SEPT. 13, 2013

FOREPERSON